IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SONSINI,<br><br>                Plaintiff,<br><br>vs.<br><br>US INVESTIGATIVE SERVICES, LLC (previously sued as US INVESTIGATION SERVICES, PROFESSIONAL SERVICES DIVISION, INC.)<br><br>                Defendant. | **CASE NO.: CV 08-05054 AHM (AGRx)**<br><br>**ORDER OF DISMISSAL** |

It is hereby ordered that pursuant to F.R.C.P. 41, the entire above-referenced action is dismissed with prejudice as to the entire action of all parties and all causes of action.

IT IS SO ORDERED.

DATED: May 20, 2009

**JS-6**

_____
Hon. A. Howard Matz
United States District Judge

1

[PROPOSED] ORDER OF DISMISSAL